ELMER F. HAVENS, Appellant, *v.* THOMAS R. DODGE, as Treasurer of the GRAND LODGE, BROTHERHOOD OF RAILROAD TRAINMEN et al., Respondents.

(Argued April 16, 1929; decided April 30, 1929.)

*Robert W. Fisher* for appellant.

*William T. Moore* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.